UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DANIEL H. MILLS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 1:04-CV-1637-JDT-TAB |
| | ) |
| **SWIFTY OIL CO., INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The parties, Daniel H. Mills, Plaintiff, and Swifty Oil Co., Inc, Defendant, having entered into a stipulation to dismiss with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause be and hereby is dismissed, with prejudice, each party bearing its own attorney fees and costs. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, by consent of the parties, this Court shall retain jurisdiction for the purpose of enforcing the terms and conditions of the parties' Agreement, as set forth in the parties' Stipulation for Dismissal, for a period not to exceed eighteen (18) months. In the event the terms and conditions of the parties' Agreement are satisfied prior to the expiration of the eighteen (18) month period, counsel shall so notify this Court and the Court shall then dismiss the cause in its entirety.

DATED: 10/03/2005 _____, 2005

_____
John Daniel Tinder, Judge
United States District Court

Distribution:

Philip J. Gibbons, Jr.
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, Indiana 46204

ATTORNEY FOR PLAINTIFF


Andrew S. McNeil
BOSE MCKINNEY & EVANS, LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204

ATTORNEYS FOR DEFENDANT